Jeffrey L. Staniels, Bar #91413
216 F Street, No. 98
Davis, CA 95616
Tel: 530-220-9770
Email: stanielslaw@dcn.org

Attorney for
Feliciano Ochoa Reyes

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>FELICIANO OCHOA REYES<br><br>    Defendants. | No. 2:15-cr-092-5 GEB<br><br>**STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME**<br><br>**Date:  October 28, 2016**<br>**Time:  9:00 a.m.**<br>**Judge: Non. Garland E. Burrell, Jr.** |

   **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Amanda Beck, counsel for Plaintiff, and Jeffrey L. Staniels, counsel for Feliciano Ochoa Reyes, that this case be dropped from this court's calendar for October 28, 2016, and be continued until January 6, 2017, for status.

   Mr. Staniels has substituted in for previous counsel to assume representation of Mr. Reyes.  Discovery in this case exceeds 3500 pages involving multiple applications, recordings and monitor's reports for four wiretaps.  Mr. Reyes is also charged in a related case (for which a continuance request is being separately but contemporaneously prepared) which involves

in excess of 700 pages of discovery. Discussions of terms of possible settlement are under discussion in addition to continued analysis of discovery, consideration of potential motions, and other aspects of defense preparation. Given the extent of discovery the court is requested to find that a continuance to permit defense counsel further time to prepare outweighs the right of the defendants and the public for a speedy trial and that the length of the continuance sought is reasonable.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:   October 25, 2016         /s/Amanda Beck
                                  AUSA AMANDA BECK
                                  Counsel for Plaintiff

Dated:   October 25, 2016         /s/Jeffrey L. Staniels
                                  JEFFREY L. STANIELS
                                  Attorney for FELICIANO OCHOA REYES

**O R D E R**

The requested continuance is hereby GRANTED.  The court finds that the reason for and the amount of time requested is reasonable and that the interests of justice advanced by granting this continuance outweigh the interests of the defendants and the public in a speedy trial.  This matter is continued until January 6, 2017, at 9:00 a.m. for status conference.  Time for trial

under the Speedy Trial Act is excluded until January 6, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

**IT IS SO ORDERED.**

Dated:  October 26, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3