Jeffrey L. Staniels, Bar #91413
216 F Street, No. 98
Davis, CA 95616
Tel: 530-220-9770
Email: stanielslaw@dcn.org

Attorney for
Feliciano Ochoa Reyes

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES of AMERICA, | No. 2:15-cr-092-5 GEB |
|---|---|
| Plaintiff, | |
| v. | **CORRECTED STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME** |
| FELICIANO OCHOA REYES | **Date:** January 6, 2017 |
| Defendants. | **Time:** 9:00 a.m. |
| | **Judge:** Non. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Amanda Beck, counsel for Plaintiff, and Jeffrey L. Staniels, counsel for Feliciano Ochoa Reyes, that this case be dropped from this court's calendar for January 6, 2017, and be continued until January 27, 2017, for status.

The parties expect a plea offer to be forthcoming and a plea agreement to be reached in time for change of plea proceedings to occur on January 27, 2017.  (Mr. Reyes is also charged in a

1

1  related case for which a continuance request is being separately
2  but contemporaneously prepared.
3      Given this current development the court is requested to
4  find that a continuance to permit disclosure and consideration of
5  the anticipated plea offer outweighs the right of the defendants
6  and the public to a speedy trial and that the length of the
7  continuance sought is reasonable.
8      **IT IS SO STIPULATED.**

10                                         Respectfully submitted,

12 Dated:  January 5, 2017        /s/Amanda Beck
13                                AUSA AMANDA BECK
                                  Counsel for Plaintiff

16 Dated:  January 5, 2017        /s/Jeffrey L. Staniels
17                                JEFFREY L. STANIELS
                                  Attorney for FELICIANO OCHOA REYES

20                                       **O R D E R**

23     The requested continuance is hereby GRANTED.  The court
24 finds that the reason for and the amount of time requested is
25 reasonable and that the interests of justice advanced by granting
26 this continuance outweigh the interests of the defendants and the
27 public in a speedy trial.  This matter is continued until January
28 27, 2017, at 9:00 a.m. for status conference.  Time for trial

under the Speedy Trial Act is excluded until January 27, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

**IT IS SO ORDERED.**

**Dated:   January 5, 2017**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge