```
Jeffrey L. Staniels, Bar #91413
216 F Street, No. 98
Davis, CA 95616
Tel: 530-220-9770
Email: stanielslaw@dcn.org

Attorney for
Feliciano Ochoa Reyes
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br>           Plaintiff,<br>     v.<br>FELICIANO OCHOA REYES<br>           Defendants. | No. 2:15-cr-092-5 GEB<br><br>**STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME**<br><br>**Date:   January 27, 2017**<br>**Time:   9:00 a.m.**<br>**Judge:  Non. Garland E. Burrell, Jr.** |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jill Thomas, counsel for Plaintiff, and Jeffrey L. Staniels, counsel for Feliciano Ochoa Reyes, that this case be dropped from this court's calendar for January 27, 2017, and be continued until March 10, 2017, for status.

The parties expected a plea offer to be forthcoming and a plea agreement to be reached in time for change of plea proceedings to occur on January 27, 2017.  (Mr. Reyes is also

1

charged in a related case for which a continuance request is being separately but contemporaneously prepared.) However, previously assigned AUSA Amanda Beck recently left on maternity leave due to the unexpectedly somewhat early arrival of her baby.

Given this current development the court is requested to find that a continuance to permit disclosure and consideration of the anticipated plea offer outweighs the right of the defendants and the public to a speedy trial and that the length of the continuance sought is reasonable.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  January 26, 2017        /s/Jill Thomas
                                AUSA JILL THOMAS
                                Counsel for Plaintiff


Dated:  January 26, 2017        /s/Jeffrey L. Staniels
                                JEFFREY L. STANIELS
                                Attorney for FELICIANO OCHOA REYES


**O R D E R**

The requested continuance is hereby GRANTED.  The court finds that the reason for and the amount of time requested is reasonable and that the interests of justice advanced by granting this continuance outweigh the interests of the defendants and the

public in a speedy trial.  This matter is continued until March 10, 2017, at 9:00 a.m. for status conference.  Time for trial under the Speedy Trial Act is excluded until March 10, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

**IT IS SO ORDERED.**

Dated:  January 26, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3