Jeffrey L. Staniels, Bar #91413
216 F Street, No. 98
Davis, CA 95616
Tel: 530-220-9770
Email: stanielslaw@dcn.org

Attorney for
Feliciano Ochoa Reyes

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES of AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>FELICIANO OCHOA REYES<br><br>              Defendants. | No. 2:15-cr-092-5 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME**<br><br>**Date:  March 10, 2017**<br>**Time:  9:00 a.m.**<br>**Judge: Non. Garland E. Burrell, Jr.** |
|---|---|

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jill Thomas, counsel for Plaintiff, and Jeffrey L. Staniels, counsel for Feliciano Ochoa Reyes, that this case be dropped from this court's calendar for March 10, 2017, and be continued until April 28, 2017, for status.

The parties believe that a preliminary plea offer, which is now pending, can result in reaching a plea agreement in time for change of plea proceedings to occur on April 28, 2017.  (Mr.

1

1  Reyes is also charged in a related case for which a continuance
2  request is being separately but contemporaneously prepared.)
3       Given this current development the court is requested to
4  find that a continuance to permit consideration of the pending
5  plea offer outweighs the right of the defendants and the public
6  to a speedy trial and that the length of the continuance sought
7  is reasonable.
8       **IT IS SO STIPULATED.**
9
10                                     Respectfully submitted,
11
12 Dated:  March 6, 2017          /s/Jill Thomas
                                  AUSA JILL THOMAS
13                                Counsel for Plaintiff
14
15
   Dated:  March 6, 2017          /s/Jeffrey L. Staniels
16                                JEFFREY L. STANIELS
                                  Attorney for FELICIANO OCHOA REYES
17
18
19
20                           **O R D E R**
21
22
        The requested continuance is hereby GRANTED.  The court
23
   finds that the reason for and the amount of time requested is
24
   reasonable and that the interests of justice advanced by granting
25
   this continuance outweigh the interests of the defendants and the
26
27 public in a speedy trial.  This matter is continued until April
28 28, 2017, at 9:00 a.m. for status conference.  Time for trial

under the Speedy Trial Act is excluded until April 28, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

**IT IS SO ORDERED.**

**Dated:  March 6, 2017**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge