Jeffrey L. Staniels, Bar #91413
216 F Street, No. 98
Davis, CA 95616
Tel: 530-220-9770
Email: stanielslaw@dcn.org

Attorney for
Feliciano Ochoa Reyes

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FELICIANO OCHOA REYES<br><br>　　　　Defendants. | No. 2:15-cr-092-5 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME**<br><br>**Date:　April 28, 2017**<br>**Time:　9:00 a.m.**<br>**Judge: Non. Garland E. Burrell, Jr.** |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jill Thomas, counsel for Plaintiff, and Jeffrey L. Staniels, counsel for Feliciano Ochoa Reyes, that this case be dropped from this court's calendar for April 28, 2017, and be continued until July 28, 2017, for status.

Plea negotiations are continuing and have resulted in the narrowing of issues under consideration and investigation. The parties continue to believe that plea agreement can be reached.

1

(Mr. Reyes is also charged in a related case for which a continuance request is being separately but contemporaneously prepared.)

Given this current development the court is requested to find that a continuance to permit further work on resolution of the case outweighs the right of the defendants and the public to a speedy trial and that the length of the continuance sought is reasonable.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: April 21, 2017 /s/Jill Thomas
AUSA JILL THOMAS
Counsel for Plaintiff


Dated: April 21, 2017 /s/Jeffrey L. Staniels
JEFFREY L. STANIELS
Attorney for FELICIANO OCHOA REYES


**O R D E R**

The requested continuance is hereby GRANTED. The court finds that the reason for and the amount of time requested is reasonable and that the interests of justice advanced by granting this continuance outweigh the interests of the defendants and the public in a speedy trial. This matter is continued until July 28, 2017, at 9:00 a.m. for status conference. Time for trial

2

under the Speedy Trial Act is excluded until July 28, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

**IT IS SO ORDERED.**

**Dated: April 25, 2017**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge