PHILLIP A. TALBERT
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-092-5 GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| FELICIANO OCHOA REYES, a.k.a. Saul Reyes Garcia, a.k.a. "Chano", | DATE: July 28, 2017 TIME: 9:00 a.m. COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 28, 2017.

2. By this stipulation, defendant now moves to continue the status conference to September 22, 2017, and to exclude time between July 28, 2017, and September 22, 2017, under Local Code T4.

3. The parties agree, stipulate, and request that the Court find the following:

   a) The discovery associated with this case includes documents, videos, and recordings from four wiretaps, which collectively captured about 4,000 Spanish-language calls. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

     b)     Counsel for defendant was appointed on June 16, 2016.  Counsel for defendant desires additional time to conduct additional investigation and prepare for potential trial.

     c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

     d)     The government does not object to the continuance.

     e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

     f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 28, 2017 to September 22, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

//

//

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 25, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ AMANDA BECK
AMANDA BECK
Assistant United States Attorney

Dated: July 25, 2017

/s/ JEFFREY STANIELS
JEFFREY STANIELS
Counsel for Defendant
Feliciano Ochoa Reyes

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: July 25, 2017

GARLAND E. BURRELL, JR.
Senior United States District Judge