PHILLIP A. TALBERT
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-092-5 GEB |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| FELICIANO OCHOA REYES,<br>  a.k.a. Saul Reyes Garcia,<br>  a.k.a. "Chano", | DATE: November 17, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on November 17, 2017.

2.      By this stipulation, defendant now moves to continue the status conference to January 19, 2017, and to exclude time between November 17, 2017, and January 19, 2017, under Local Code T4.

3.      The parties agree, stipulate, and request that the Court find the following:

a)      The discovery associated with this case includes documents, videos, and recordings from four wiretaps, which collectively captured about 4,000 Spanish-language calls. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

1       b)      Counsel for defendant was appointed on June 16, 2016. Counsel for defendant

2 desires additional time to conduct additional investigation and prepare for potential trial.

3       c)      Counsel for defendant believes that failure to grant the above-requested

4 continuance would deny him the reasonable time necessary for effective preparation, taking into

5 account the exercise of due diligence.

6       d)      The government does not object to the continuance.

7       e)      Based on the above-stated findings, the ends of justice served by continuing the

8 case as requested outweigh the interest of the public and the defendant in a trial within the

9 original date prescribed by the Speedy Trial Act.

10       f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

11 et seq., within which trial must commence, the time period of November 17, 2017 to January 19,

12 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

13 T4] because it results from a continuance granted by the Court at defendant's request on the basis

14 of the Court's finding that the ends of justice served by taking such action outweigh the best

15 interest of the public and the defendant in a speedy trial.

16

17  //

18

19  //

20

21  //

22

23  //

24

25  //

26

27  //

28

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3 must commence.

4    IT IS SO STIPULATED.

6 Dated: November 13, 2017                         PHILLIP A. TALBERT
7                                                  United States Attorney

8                                                  /s/ AMANDA BECK
9                                                  AMANDA BECK
                                                   Assistant United States Attorney
10

11 Dated: November 13, 2017                        /s/ JEFFREY STANIELS
12                                                 JEFFREY STANIELS
                                                   Counsel for Defendant
13                                                 Feliciano Ochoa Reyes

17                                    **FINDINGS AND ORDER**

18    IT IS SO FOUND AND ORDERED.

19    Dated: November 13, 2017

21    _____
22    GARLAND E. BURRELL, JR.
      Senior United States District Judge