```
 1  Jeffrey L. Staniels, Bar #91413
 2  216 F Street, No. 98
 3  Davis, CA 95616
 4  Tel: 530-220-9770
    Email: stanielslaw@dcn.org
 5
 6  Attorney for
    Feliciano Ochoa Reyes
 7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES of AMERICA, | No. 2:15-cr-073 GEB |
|---|---|
| Plaintiff, | No. 2:15-cr-092 GEB |
| v. | **STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE** |
| JOSE VASQUEZ, FELICIANO OCHOA REYES | **Date: September 7, 2018** |
| Defendants. | **Time: 9:00 a.m.** |
| | **Judge: Hon. Garland E. Burrell, Jr.** |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Amanda Beck, counsel for Plaintiff, and Jeffrey L. Staniels, counsel for Feliciano Ochoa Reyes, that these related cases be dropped from this court's calendar for September 7, 2018, and be continued until September 21, 2018, for judgment and sentencing.

This continuance is requested to accommodate a scheduling conflict recently realized by defense counsel. Government counsel and the probation officer have advised counsel that

1

September 21, 2018 is an available date for them.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: August 13, 2018          /s/Amanda Beck
                                AUSA AMANDA BECK
                                Counsel for Plaintiff


Dated: August 13, 2018          /s/Jeffrey L. Staniels
                                JEFFREY L. STANIELS
                                Attorney for FELICIANO OCHOA REYES


**O R D E R**

The requested continuance is hereby GRANTED.

Dated: August 13, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge